**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3409
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507

JOHN H. DOUGLAS CA BAR NO. 178966
KRISTY KUNISAKI CA BAR NO. 241005
ATTORNEYS FOR DEFENDANT AND COUNTER-CLAIMANT,
SILGAN CONTAINERS CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA WILBER, AN INDIVIDUAL,<br><br>PLAINTIFF,<br><br>VS.<br><br>SILGAN CONTAINERS CORPORATION, A DELAWARE CORPORATION AND DOES 1-50,<br><br>DEFENDANTS.<br><hr>SILGAN CONTAINERS CORPORATION, A DELAWARE CORPORATION,<br><br>COUNTER-CLAIMANT,<br>VS.<br><br>DANA WILBER, AN INDIVIDUAL<br><br>COUNTER-DEFENDANT | CASE NO. 2:06-CV-02181-MCE-EFB<br><br>**ORDER REGARDING DEFENDANT SILGAN CONTAINERS CORPORATION'S REQUEST FOR AN EXTENSION OF PAGE LIMIT**<br><br>JUDGE: HON. MORRISON ENGLAND |

**TO ALL ATTORNEYS OF RECORD:**

The Court, having read and considered Defendant Silgan Container's Corporation's Request for an Extension of Page Limits, and the Court finding good cause therefore,

---

ORDER RE: PAGE LIMITS
CASE NO. 2:06-CV-02181-MCE-EFB

SFCA_889683.1

**IT IS HEREBY ORDERED** THAT:

1. Defendant is granted relief from the Court's prior order that written requests for page limit extensions be filed fourteen (14) days prior to the filing; and

2. Defendant's request to file a memorandum of points and authorities up to 30 pages in length is hereby GRANTED.

3. No further modifications of the prior scheduling order will be permitted.

Dated:  December 10, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE