```
1  FOLEY & LARDNER LLP
   ATTORNEYS AT LAW
2  ONE MARITIME PLAZA, SIXTH FLOOR
   SAN FRANCISCO, CALIFORNIA 94111-3409
3  TELEPHONE:  415.434.4484
   FACSIMILE:  415.434.4507
4
   JOHN H. DOUGLAS CA BAR NO. 178966
5  KRISTY KUNISAKI CA BAR NO. 241005
   ATTORNEYS FOR DEFENDANT AND COUNTER-CLAIMANT,
   SILGAN CONTAINERS CORPORATION
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA WILBER, AN INDIVIDUAL<br><br>        PLAINTIFF,<br><br>  VS.<br><br>SILGAN CONTAINERS CORPORATION, A DELAWARE CORPORATION AND DOES 1-50,<br><br>        DEFENDANTS.<br><br>SILGAN CONTAINERS CORPORATION, A DELAWARE CORPORATION,<br><br>        COUNTER-CLAIMANT,<br>  VS.<br><br>DANA WILBER, AN INDIVIDUAL<br><br>        COUNTER-DEFENDANT | CASE NO. 2:06-CV-02181-MCE-EFB<br><br>STIPULATION TO MODIFY SCHEDULING ORDER AND TO REVISE PRETRIAL CONFERENCE AND TRIAL DATES; ORDER [F.R.C.P. Rule 16(b); L.R. Rules 16-281 & 83-143]<br><br>JUDGE:  HON. MORRISON ENGLAND |

In accordance with Rule 16(b) of the Federal Rules of Civil Procedure and Local Rules for the United States District Court, Eastern District ("L.R.") Rule 83-143 and Rule 16-281, Plaintiff and Counter-Defendant DANA WILBER and Defendant and Counter-Claimant, SILGAN CONTAINERS CORPORATION ("Silgan" or "Defendant") hereby stipulate to modify and revise the dates of the pretrial conference and trial dates in the Pretrial (Status) Scheduling Order, filed by the Court on January 9, 2007 and the Minute

Order, filed by the Court on September 24, 2007 (collectively "the Scheduling Order").[1] Good cause exists for this stipulation as follows:

1. Pursuant to the Scheduling Order, the Court scheduled a Pretrial Conference in this action for April 11, 2008.

2. Under the Scheduling Order, a joint pretrial conference statement and related submissions must be submitted by the parties by March 21, 2008.

3. Thereafter, on December 11, 2007, Defendant filed a Motion for Summary Judgment. [See Dkt. #26.] On the Court's own motion and pursuant to Local Rule 78-230(h), the Defendant's Motion for Summary Judgment, scheduled for hearing on January 11, 2008, was submitted without oral argument and the motion remains pending and under active consideration by the Court at this time. [See Dkt. #39.]

4. Depending on the Court's disposition of the Motion for Summary Judgment, the parties' preparation for, and required submissions for, the pretrial conference may be significantly impacted. Thus, if the Court grants the Motion in its entirety, the jury trial in this action will be obviated and the parties will avoid incurring the anticipated substantial attorney's fees required to prepare the pretrial submissions. On the other hand, if the Motion is partially granted or denied in its entirety, the Court's decision will better inform the parties on their pretrial submissions under the Scheduling Order. Finally, the modification of the Scheduling Order sought by the parties will provide additional time after the adjudication of Defendant's Motion for Summary Judgment for the parties to pursue settlement.

5. In these circumstances, modification of the Scheduling Order will effectuate the purpose F.R.C.P. Rule 1 "… (t)o secure the just, speedy and inexpensive determination of every action."

---

[1] On September 24, 2007, on the Courts own motion, the 4/14/2008 Final Pretrial Conference was advanced to 4/11/2008, and the jury trial was continued to 5/19/2008. The Minute Order also ordered the Joint Final Pretrial Statement to be due not later than 3/21/2008. [See Dkt. #21.]

Accordingly, the parties respectfully request that the Court modify the existing Scheduling Order by revising the pretrial conference and trial dates (and corresponding deadlines) by extending the current dates 90 days and submit the following schedule:

|  | Existing Date | Proposed Date |
| --- | --- | --- |
| Final Pretrial Conference | April 11, 2008 | November 21, 2008 at 9:00 a.m. in Courtroom 7 |
| Joint Final Pretrial Conference Statement | March 21, 2008 | October 31, 2008 |
| Production of all trial exhibits | May 7, 2008 at 3:00 p.m. | December 15, 2008 by 3:00 p.m. |
| Trial | May 19, 2008 | January 5, 2009 at 9:00 a.m. in Courtroom 7 |

The parties further stipulate to refer this action for alternative dispute resolution, such as a private mediation or a Mandatory Settlement Conference before a magistrate judge, after the Court files its order on Defendant's Motion for Summary Judgment but no later than 60 days before the proposed stipulated trial date.

Dated: MARCH 12, 2008

LAW OFFICES OF MICHAEL L. TRACY
MICHAEL L. TRACY
MEGAN ROSS HUTCHINS

/S/ MEGAN ROSS HUTCHINS
_____
ATTORNEYS FOR PLAINTIFF
AND COUNTER-DEFENDANT,
DANA WILBER

Dated: MARCH 12, 2008

FOLEY & LARDNER LLP
JOHN H. DOUGLAS
KRISTY KUNISAKI

/S/ JOHN H. DOUGLAS
_____
ATTORNEYS FOR DEFENDANT
AND COUNTER-CLAIMANT,
SILGAN CONTAINERS CORPORATION

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: 3/18/2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3

SFCA_1187834.3